IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ROBERT J. TROISE,<br><br>    Plaintiff,<br><br>vs.<br><br>USAO UT DIST., et al.,<br><br>    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-CV-190<br><br>Judge Clark Waddoups |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B). (Dkt. No. 11.) On April 6, 2016, Judge Wells issued a Report and Recommendation recommending that the court deny defendants' motion to dismiss the complaint for failure to serve within the time limit specified by Fed. R. Civ. P. Rule 4(m), and that the court serve plaintiff's complaint on defendants because under the broad standards applicable to *pro se* litigants, plaintiff's complaint states an age discrimination claim upon which relief could be granted. (Dkt. No. 16.) Defendants have not objected to the Report and Recommendation.

      The court has carefully reviewed plaintiff's complaint, defendants' motion to dismiss, and the Magistrate Judge's Report and Recommendation. The court finds that the Magistrate Judge's conclusions are supported by the record and the supporting legal authorities. The Report and Recommendation is adopted in its entirety. The defendants' motion is DENIED and the

clerk's office is directed to prepare the complaint for service. Thereafter, the U.S. Marshal's office is directed to serve the complaint on defendants.

SO ORDERED this 3rd day of June, 2016.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge