IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT J. TROISE,<br><br>           Plaintiff,<br><br>v.<br><br>USAO UT DIST., et al.,<br><br>           Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-190<br><br>District Judge Clark Waddoups |

   This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke Wells under 28 U.S.C. § 636(b)(1)(B). The case involves a complaint of employment discrimination (non-selection).  On November 17, 2016, Judge Wells issued a Report and Recommendation, recommending that the complaint be dismissed for failure to name the proper defendants under Title VII and for failure to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 21.)  Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Wells' Report and Recommendation in its entirety. Accordingly, this case is dismissed. Each party shall bear their own costs.

   SO ORDERED this 12th day of December, 2016.

                                                              BY THE COURT:

                                                              _____
                                                              Clark Waddoups
                                                              United States District Court Judge